## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Krista Sweeney, | **Civil No. 07-3565 (RHK/AJB)** |
| Plaintiff, | **ORDER** |
| vs. | |
| Allied Interstate, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 13), **IT IS ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge